**PEREIRA & SINISI, LLP**
ATTORNEYS AT LAW
150 EAST 58th STREET
14th FLOOR
NEW YORK, NY 10155

JOHN S. PEREIRA
N.Y. & FEDERAL BAR
jpereira@pereiralaw.com

(212) 758-5777
TELECOPIER (212) 751-6950

ANN MARIE SINISI
N.Y. & FEDERAL BAR
asinisi@pereiralaw.com

November 19, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Attention: Clerk of the Court



Re: Trace International Holding, Inc.
Case No. 99-10425 SMB

Dear Sir or Madam:

Enclosed please find check no. 10546 in the amount of $22.21, representing a second dividend payments to general unsecured claimants in the above-referenced case.

The claimants are as follows:

| Claim No. | Claimant Name | Amount Filed | Dividend Payment |
|---|---|---|---|
| 30 | Bill Denbigh and Sons, Inc.<br>21 Stokes Street<br>Freehold, NJ 07728 | 284.08 | 3.24 |
| 50 | Travelers Property Casualty Corp.<br>One Tower Square<br>Hartford, CT 06183 | 1.00 | 0.01 |
| 54 | BP Air Conditioning Corp.<br>116 Greenpoint Avenue<br>Brooklyn, NY 11222 | 346.40 | 3.94 |
| 62U | Department of Treasury, IRS<br>PO Box 2899, Stop 5th Floor<br>New York, NY 10008 | 365.00 | 4.16 |

| 70 | United Parcel Service<br>c/o D&B Bankruptcy Service<br>PO Box 5126<br>Luterville Timonium, MD 21094 | 269.95 | 3.08 |
|---|---|---|---|
| 117 | Corporation Package<br>Attn: Marc Stewart<br>PO Box 568103<br>Dallas, TX 75356 | 62.00 | 0.71 |
| 129 | BP Air Conditioning Corp.<br>116 Greenpoint Avenue<br>Brooklyn, NY 11222 | 346.40 | 3.94 |
| 136 | Belmar Spring Water<br>410 Grove Street<br>Glen Rock, NJ 07450 | 274.53 | 3.13 |
|  |  | **TOTAL:** | **$22.21** |

Enclosed for your ready reference is the Order authorizing the interim payment, docket no. 548.

Very truly yours,

John S. Pereira

JSP:lvm
encl.