UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                              )
                                                    )  Case No. 99-10425-SMB
Trace International Holdings, Inc.                  )
                                                    )  Chapter 7
                        (Debtor)                    )

FUND 6133900
UNCLAIMED DIVIDENDS TRANSFERRED
TO UNITED STATES TREASURY

ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that Brandywine Operating Partnership (T.I.N. 23-2862640) is entitled to an unclaimed dividend in the amount of $26,507.18.

NOW it is

ORDERED, that the United States Treasury, by check, pay to Brandywine Operating Partnership, the amount of $26,507.18 as such person's unclaimed dividend from FUND 613300, and mail said check to: c/o Federal Recovery LLC, 10380 SW Village Center Dr., #320, Port St. Lucie, FL 34987.

Dated: NEW YORK, NEW YORK

_____November 14___, 2012        ___/s/ Cecelia Morris_____
                                              Bankruptcy Judge