**PEREIRA & SINISI, LLP**
**ATTORNEYS AT LAW**
**THE CHRYSLER BUILDING**
**405 LEXINGTON AVENUE**
**7th FLOOR**
**NEW YORK, NY 10174**

| | | |
|---|---|---|
| **JOHN S. PEREIRA** | | **ANN MARIE SINISI** |
| N.Y. & FEDERAL BAR | (212) 758-5777 | N.Y. & FEDERAL BAR |
| jpereira@pereiralaw.com | Telecopier (212) 751-6950 | asinisi@pereiralaw.com |

December 28, 2012

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attention: Vito Genna
           Clerk of the Court

Re:   Trace International Holdings, Inc.
      Case No. 99-10425 SMB

Dear Mr. Genna:

   Enclosed please find check no. 21120 in the amount of $2.79, representing fourth interim distribution payment to general unsecured claimants pursuant to an order of the Court (doc. 611), with regard to the above-referenced case.

   The claimants are as follows:

| Claim No. | Claimant Name | Amount Filed | Dividend Payment |
|---|---|---|---|
| 50 | The Travelers Property Casualty Corp.<br>Attn: Michael Blumetti<br>Special Collections<br>One Tower Square<br>Hartford, CT 06183 | $1.00 | $0.04 |
| 117 | Corporate Package<br>Attn: Marc Stewart<br>PO Box 568103<br>Dallas, TX 75356 | $62.00 | $2.75 |
| | | **TOTAL:** | **$2.79** |

Very truly yours,

*/s/ John S. Pereira, Trustee*

John S. Pereira
Chapter 7 Trustee

JSP:lvm
encl.