**PEREIRA & SINISI, LLP**
ATTORNEYS AT LAW
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
7th FLOOR
NEW YORK, NY 10174

JOHN S. PEREIRA
N.Y. & FEDERAL BAR
jpereira@pereiralaw.com

(212) 758-5777
Telecopier (212) 751-6950

ANN MARIE SINISI
N.Y. & FEDERAL BAR
asinisi@pereiralaw.com

July 2, 2013

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attention: Vito Genna
Clerk of the Court

Re: Trace International Holdings, Inc.
Case No. 99-10425 SMB

Dear Mr. Genna:

Enclosed please find check no. 21203 in the amount of $1.58, representing fifth interim distribution payment to general unsecured claimants pursuant to an order of the Court (doc. 637), with regard to the above-referenced case.

The claimants are as follows:

| Claim No. | Claimant Name | Amount Filed | Dividend Payment |
|---|---|---|---|
| 50 | The Travelers Property Casualty Corp.<br>Attn: Michael Blumetti<br>Special Collections<br>One Tower Square<br>Hartford, CT 06183 | $1.00 | $0.03 |
| 117 | Corporate Package<br>Attn: Marc Stewart<br>PO Box 568103<br>Dallas, TX 75356 | $62.00 | $1.55 |
| | | TOTAL: | $1.58 |

Very truly yours,

/s/ John S. Pereira, Trustee

John S. Pereira
Chapter 7 Trustee

JSP:lvm
encl.