UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TRACE INT'L HOLDINGS, INC.
aka '21' INTERNATIONAL HOLDING INC

Debtor.

Chapter 7

Case No. 99-10425 SMB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | BELL ATLANTIC<br>BANKRUPTCY DEPARTMENT<br>210 WEST 18TH STREET FLR 15<br>NEW YORK, NY 10011 | $22,232.81 | $2,921.35 |
| 3 | LUCENT TECHNOLOGIES INC<br>283 KING GEORGE RD.<br>ROOM 3A1E25 BLDG A<br>WARREN, NJ 07059 | $2,413.96 | $317.21 |
| 15 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 00015 | $1,382.00 | $181.59 |
| 16 | CANDLER COFFEE CORPORATION<br>333 SOUTH VAN BRUNT STREET<br>ENGLEWOOD, NJ 07631 | $2,115.79 | $278.02 |
| 29 | PRITCHARD INDUSTRIES, INC.<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | $11,227.73 | $377.97 |
| 38 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $76.55 |
| 41 | FORREST EDWARDS GROUP, LTD.<br>12 EAST 41ST STREET<br>NEW YORK, NY 10017 | $9,205.81 | $1,209.62 |
| 54 | BP AIR CONDITIONING CORP.<br>116 GREENPOINT AVENUE<br>BROOKLYN, NY 11222 | $346.40 | $45.52 |
| 96 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 07644 | $1,382.00 | $181.59 |
| 100 | QUALITY TRANSPORTATION<br>319 FIFTH AVENUE, 2ND FLR<br>NEW YORK, NY 10016 | $8,237.91 | $277.31 |

| | | | |
|---|---|---|---|
| 103 | PRITCHARD INDUSTRIES, INC.<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | $11,227.73 | $377.97 |
| 117 | CORPORATION PACKAGE<br>ATTN: MARC STEWART<br>PO BOX 568103<br>DALLAS, TX 75356 | $62.00 | $8.14 |
| 129 | BP AIR CONDITIONING CORP.<br>116 GREENPOINT AVENUE<br>BROOKLYN, NY 11222 | $346.40 | $45.52 |
| 139 | UNITED AIRLINES<br>ATTN: WHQCR - B.A. SCHENK<br>1501 MITTEL BLVD<br>WOOD DALE, IL 60191 | $19,843.03 | $667.98 |
| 147 | XEROX CORPORATION<br>ATTN: GREGG FRANGIPANE<br>800 CARILLON PARKWAY<br>SAINT PETERSBURG, FL 33716 | $16,528.98 | $556.42 |
| 271 | MCDONALD, GATES<br>PO BOX 2683<br>COLUMBUS, OH 43216 | $775.13 | $101.85 |
| 274 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $76.55 |
| 294 | CROWE & DAY LLP<br>100 WILSHIRE BLVD, STE 200<br>SANTA MONICA, CA 90401-1111 | $2,436.75 | $82.03 |
| 295U | BRANDYWINE OPERATING PARTNERSHIP<br>ATTN: BRAD MOLOTSKY<br>14 CAMPUS BLVD STE 100<br>NEWTON, PA 19073-3280 | $64,465.28 | $2,170.11 |
| 2 | BELL ATLANTIC<br>BANKRUPTCY DEPARTMENT<br>210 WEST 18TH STREET FLR 15<br>NEW YORK, NY 10011 | $22,232.81 | $985.78 |
| 3 | LUCENT TECHNOLOGIES INC.<br>283 KING GEORGE RD.<br>ROOM 3A1E25 BLDG A<br>WARREN, NJ 07059 | $2,413.96 | $107.03 |
| 15 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 07644 | $1,382.00 | $61.28 |
| 16 | CANDLER COFFEE CORPORATION<br>333 SOUTH VAN BRUNT STREET<br>ENGLEWOOD, NJ 07631 | $2,115.79 | $93.81 |

| | | | |
|---|---|---:|---:|
| 27 | CRC MANAGEMENT, INC.<br>53-02 11TH STREET<br>LONG ISLAND CITY, NY 11101 | $3,515.55 | $155.88 |
| 29 | PRITCHARD INDUSTRIES, INC.<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | $11,227.73 | $497.83 |
| 38 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $25.83 |
| 41 | FORREST EDWARDS GROUP LTD.<br>12 EAST 41ST STREET<br>NEW YORK, NY 10017 | $9,205.81 | $408.18 |
| 96 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 07644 | $1,382.00 | $61.28 |
| 103 | PRITCHARD INDUSTRIES, INC.<br>1120 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | $11,227.73 | $497.83 |
| 139 | UNITED AIRLINES<br>ATTN: WHQCR - B.A. SCHENK<br>1501 MITTEL BLVD<br>WOOD DALE, IL 60191 | $19,843.03 | $879.82 |
| 147 | XEROX CORPORATION<br>ATTN: GREGG FRANGIPANE<br>800 CARILLON PARKWAY<br>SAINT PETERSBURG, FL 33716 | $16,528.98 | $732.88 |
| 271 | MCDONALD, GATES<br>PO BOX 2683<br>COLUMBUS, OH 43216 | $775.13 | $34.37 |
| 274 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $25.83 |
| 294 | CROWE & DAY LLP<br>100 WILSHIRE BLVD STE 200<br>SANTA MONICA, CA 90401-1111 | $2,436.75 | $108.04 |
| 295U | BRANDYWINE OPERATING PARTNERSHIP<br>ATTN: BRAD MOLOTSKY<br>14 CAMPUS BLVD STE 100<br>NEWTON, PA 19073-3280 | $64,465.28 | $2,858.33 |
| 2 | BELL ATLANTIC<br>BANKRUPTCY DEPARTMENT<br>210 WEST 18TH STREET FLR 15<br>NEW YORK, NY 10011 | $22,232.81 | $555.82 |

| | | | |
|---|---|---|---|
| 3 | LUCENT TECHNOLOGIES INC.<br>283 KING GEORGE RD.<br>ROOM 3A1E25 BLDG A<br>WARREN, NJ 07059 | $2,413.96 | $60.35 |
| 15 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 07644 | $1,382.00 | $34.55 |
| 16 | CANDLER COFFEE CORPORATION<br>333 SOUTH VAN BRUNT STREET<br>ENGLEWOOD, NJ 07631 | $2,115.79 | $52.89 |
| 38 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $14.56 |
| 41 | FORREST EDWARDS GROUP LTD.<br>12 EAST 41ST STREET<br>NEW YORK, NY 10017 | $9,205.81 | $230.15 |
| 54 | BP AIR CONDITIONING CORP.<br>116 GREENPOINT AVENUE<br>BROOKLYN, NY 11222 | $346.40 | $8.66 |
| 96 | MC LEOD MOVING AND STORAGE<br>86 DELL GLEN AVENUE<br>LODI, NJ 07644 | $1,382.00 | $34.55 |
| 100 | QUALITY TRANSPORTATION<br>319 FIFTH AVENUE, 2ND FLR<br>NEW YORK, NY 10016 | $8,237.91 | $205.95 |
| 129 | BP AIR CONDITIONING CORP.<br>116 GREENPOINT AVENUE<br>BROOKLYN, NY 11222 | $346.40 | $8.66 |
| 139 | UNITED AIRLINES<br>ATTN: WHQCR - B.A. SCHENK<br>1501 MITTEL BLVD<br>WOOD DALE, IL 60191 | $19,843.03 | $496.08 |
| 147 | XEROX CORPORATION<br>ATTN: GREGG FRANGIPANE<br>800 CARILLON PARKWAY<br>SAINT PETERSBURG, FL 33716 | $16,528.98 | $413.22 |
| 271 | MCDONALD, GATES<br>PO BOX 2683<br>COLUMBUS, OH 43216 | $775.13 | $19.38 |
| 274 | PRINTER-LEX FORMS COMPANY, INC.<br>1411 EAST ELIZABETH AVE<br>LINDEN, NJ 07036 | $582.58 | $14.56 |

| | | | |
|---|---|---|---|
| 291 | J&H MARSH & MCLENNAN, INC.<br>ATTN: ALEXANDER M. NOBLE<br>44 WHIPPANY ROAD<br>MORRISTOWN, NJ 07981 | $1,715.00 | $42.88 |
| 294 | CROWE & DAY LLP<br>100 WILSHIRE BLVD STE 200<br>SANTA MONICA, CA 90401-1111 | $2,436.75 | $60.92 |
| 295U | BRANDYWINE OPERATING PARTNERSHIP<br>ATTN: BRAD MOLOTSKY<br>14 CAMPUS BLVD STE 100<br>NEWTON, PA 19073-3280 | $64,465.28 | $1,611.63 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                                    **$    21,352.11**

Dated:  New York, New York
            November 5, 2014

                                     /s/ John S. Pereira, Trustee
                                     JOHN S. PEREIRA
                                     CHAPTER 7 TRUSTEE
                                   THE CHRYSLER BUILDING
                                   405 LEXINGTON AVENUE, 7TH FLOOR
                                   NEW YORK, NEW YORK  10174
                                   (212) 758-5777